UNITED STATES DISTRICT COURT                    EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA        §
                                §
                                §  CASE NO.  1:17-CR-00154-6-MAC
*versus*                        §
                                §
                                §
ARTHUR JENKINS                  §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

On June 14, 2018, the Defendant, Arthur Jenkins, filed a motion to dismiss the indictment.  (Doc. No. 214.)  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and a recommended disposition.  *See* 28 U.S.C. § 636(b)(1)(B); E.D. TEX. CRIM. R. 59(d).  On July 26, 2018, Judge Hawthorn entered his Report and Recommendation recommending that the court deny the motion.  (Doc. No. 289.)

The parties have not objected to the magistrate judge's findings, and the time for doing so has passed.  The court concludes that the magistrate judge's findings, conclusions and analysis are correct.  Accordingly, the report of the magistrate judge is **ADOPTED**.  It is further **ORDERED** that the Defendant's "Motion to Dismiss" (Doc. No. 214) is **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE