| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | CASE NO. 1:17-CR-00154-6-MAC |
| *versus* | § | |
| | § | |
| | § | |
| ARTHUR JENKINS | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

On June 14, 2018, the Defendant, Arthur Jenkins, filed two motions to suppress. (Doc. Nos. 216, 217.) The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and a recommended disposition. *See* 28 U.S.C. § 636(b)(1)(B); E.D. TEX. CRIM. R. 59(d). On August 8, 2018, Judge Hawthorn entered his Report and Recommendation recommending that the court deny the motions. (Doc. No. 325.)

The parties have not objected to the magistrate judge's findings, and the time for doing so has passed. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further **ORDERED** that the Defendant's Motions to Suppress (Doc. Nos. 216, 217) are **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE